IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| TYREE LITTLE | : | CIVIL ACTION |
|---|---|---|
| v. | : | No. 10-846 |
| SUPER. RAYMOND LAWLER, et al. | : | |

**ORDER**

AND NOW, this 19th day of November, 2010, having considered Petitioner Tyree Little's Petition for a Writ of Habeas Corpus, the Response thereto, United States Magistrate Judge Thomas J. Reuter's Report and Recommendation, and the absence of timely objections by Little to the Report and Recommendation, it is ORDERED:

1. The Report and Recommendation are APPROVED and ADOPTED.

2. The Petition for Writ of Habeas Corpus is DENIED.

3. There are no grounds to issue a certificate of appealability because Petitioner has not made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(2).

4. The Clerk of Court shall mark the case as CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.